# United States District Court

SOUTHERN DISTRICT OF OHIO

TO: VUTEX, LLC
Attn: Custodian of Records of
VUTEX, LLC
7678 McEwen Road
Dayton, Ohio 45459

## SUBPOENA TO TESTIFY BEFORE GRAND JURY

SUBPOENA FOR:

☐ PERSON  ☒ DOCUMENT(S) or OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | ROOM |
|---|---|
| Federal Building<br>200 West Second Street<br>Dayton, Ohio 45402 | 801 |
| | DATE AND TIME |
| | 2-27-07 @ 9:30 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Please see attachment.

☐ See additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK<br>JAMES BONINI | DATE<br>February 20, 2007 |
|---|---|
| This subpoena is issued upon application of the United States of America<br><br>United States Attorney | NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY<br>Dwight K. Keller DK<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>602 Federal Building<br>200 West Second Street<br>Dayton, Ohio 45402 (937) 225-2910 |

EXHIBIT "C"

ATTACHMENT TO SUBPOENA
ISSUED TO VUTEX, LLC.

All records, books of account and other documents or papers in your custody or control relative to any and all financial transactions with **MICHAEL EDWARD PEPPEL**, or any business or entity under the control of MICHAEL EDWARD PEPPEL, for the years December 2002 through the present.

To include but not limited to:

Organization Chart listing Corporate Officers and employees; Records of Corporate Ownership and Structure; Cash Receipts and Disbursement Records; Records of Correspondence; Financial Statements; Stock Registers or other records reflecting ownership of Corporate Stock or any financial interest; Loans Receivable or Payable Records; Forms 1099; Forms W-2; any and all canceled checks payable to or received from MICHAEL EDWARD PEPPEL or any business or entity under the control of MICHAEL EDWARD PEPPEL; to include both front and back of each check; deposit tickets reflecting dates and amounts of deposits; records disclosing reason for any and all payments; records of interest paid or received; and any internal memoranda relative to these items.



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

---

602 Federal Building
200 West Second Street
Post Office Box 280
Dayton, Ohio 45402

(513) 225-2910
FAX (513) 225-2564

February 20, 2007

TO SUBPOENAED PARTY

    Re:  Grand Jury Subpoena

    You may comply with the requirements of the attached subpoena by providing the requested documents to the Special Agent who serves this subpoena upon you.

    If you choose to follow this course of action, it will not be necessary for you or anyone from your office to physically appear before the Grand Jury in Dayton, Ohio on the subpoena date.

                                Very truly yours,

                                GREGORY G. LOCKHART
                                United States Attorney

                                Dwight K. Keller
                                Special Assistant U.S. Attorney

GGL:DKK:waz
Enclosures

| Investor | Address | City | State | Zip Code | Amount | % | Units |
|---|---|---|---|---|---|---|---|
| Sharmila Rao | 1513 Gatekeeper Way | Centerville | OH | 45458 | 50,000.00 | 8.03% | 50 |
| Thomas Winstel | 2266 Signature Drive N | Xenia | OH | 45385 | 10,000.00 | 1.61% | 10 |
| Michael Peppel | 9520 Cutlers Trace | Dayton | OH | 45458 | 350,000.00 | 56.22% | 350 |
| John Iovanisci | 6976 Belleglade Drive | Dayton | OH | 45424 | 2,500.00 | 0.40% | 2.5 |
| Sean Merkle | 1616 Turf Land Blvd. S | Xenia | OH | 45385 | 50,000.00 | 8.03% | 50 |
| Robert Keighley | 4117 Maystar Way | Hilliard | OH | 43026 | 3,100.00 | 0.50% | 3.1 |
| Joseph Savarino | 182 Uccello Drive | Las Vegas | NV | 89138 | 50,000.00 | 8.03% | 50 |
| Lalit Dhadphale | 182 Uccello Drive | Las Vegas | NV | 89138 | 50,000.00 | 8.03% | 50 |
| Christopher Feaver | 9811 W. Charleston Blvd | Las Vegas | NV | 89117 | 50,000.00 | 8.03% | 50 |
| Brian Merkle | 910 Broadmoor Drive | Dayton | OH | 45419 | 2,000.00 | 0.32% | 2 |
| William McLaughlin | 5560 Liberty Bell Circle | Centerville | OH | 45459 | 5,000.00 | 0.80% | 5 |
| Total |  |  |  |  | 622,600.00 | 100.00% | 622.6 |

Michael Peppel is selling 56.22% or 350 units to:

Sean Merkle 16.866% or 105 units $150,000
Tom Winstel 39.354% or 245 units $350,000
56.22% 350 units $500,000

I am selling 56.22% of Vuter, LLC or 350 units for total consideration of $500,000.

## ASSIGNMENT

For $350,000, the receipt and sufficiency of which are hereby acknowledged, the undersigned hereby assigns to THOMAS WINSTEL 245 Membership Units (constituting a 39.354% interest) in VUTEX, LLC, an Ohio limited liability company. The undersigned is making no representations and warranties with regard to the Membership Units being assigned hereby.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment effective as of January 12, 2007.

_____
Michael E. Peppel

### ACCEPTANCE OF ASSIGNMENT

The undersigned hereby accepts the foregoing Assignment in accordance with the terms hereof.

_____
Thomas Winstel

Dated as of January 12, 2007

{00286089.DOC;}

JAN. 23, 2007

DEAR MIKE,

ATTACHED IS MY CK# 5166 FOR $350,000.00 IN FULL PAYMENT FOR 245 UNITS OF VUTEX LLC. AS REQUESTED, THIS PAYMENT IS MADE C TO YOUR SPOUSE, MELANIE PARSONS.

SINCERELY,

Thomas C. Winstel

---

THOMAS C. WINSTEL  09-95
DEBRA A. WINSTEL
2268 SIGNATURE DRIVE N
XENIA, OH 45385

25-1/440  737
737503358
5166

DATE JAN. 23, 2007

PAY TO THE ORDER OF: MELANIE PARSONS     $350,000.00

THREE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS

National City.
National City Bank
Dayton, Ohio

MEMO: PURCH. 245 UNITS VUTEX     Thomas C. Winstel

⑈044000011⑈  737503358⑈'  5166

Feb 22 07 10:37a    Christine Evans    8506543301    p.2

National City Online Banking                           Page 1 o

**National City**    Online Banking                    Close Window

**Check Detail**
Account Number: ...3358  Check Number: 5166  Check Paid Date: 1/25/2007  Amount: $350,000.00

View Front Only          Zoom In    Zoom Out    Print



THOMAS C. WINSTEL  09-95
DEBRA A. WINSTEL
2268 SIGNATURE DRIVE N
XENIA, OH 45385

                                                5166
DATE JAN. 23, 2007

PAY TO THE ORDER OF  MELANIE PARSONS        | $350,000.00

THREE HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS

**National City.**
National City Bank
Dayton, Ohio

MEMO  PURCH. 245 UNITS VRTEX       Thomas C. Winstel

⑈044000114⑈  737503358⑉   5166  ⑇0035000000⑈

HUNTINGTON   COLUMBUS, OH         >044115126<
7 EASTON OVAL        >044115126<  01-24-07
013064931  01-24-07                013064931
08 013064931·1420·08 013064931

041000124
NATIONAL CITY BK097
01/25/07

2400028771

©2007 National City Corporation. Banks are Members FDIC
This site is protected by copyright and trademark laws under U.S. and
international law. Review our privacy notice and terms and conditions.
Online Banking Zero Liability Pledge.
All rights reserved.
Version: 14.1.35.0 [95]

s://onlinebanking.nationalcity.com/OLB/secure/CheckDetail.aspx?AE=sxhtUAKw6KLMtuCNBSVh7g...    2/22/2007

## ASSIGNMENT

For $150,000, the receipt and sufficiency of which are hereby acknowledged, the undersigned hereby assigns to SEAN MERKLE 105 Membership Units (constituting a 16.866% ownership interest) in VUTEX, LLC, an Ohio limited liability company. The undersigned is making no representations and warranties with regard to the Membership Units being assigned hereby.

IN WITNESS WHEREOF, the undersigned have duly executed this Assignment effective as of January 12, 2007.

_____
Michael E. Peppel

### ACCEPTANCE OF ASSIGNMENT

The undersigned hereby accepts the foregoing Assignment in accordance with the terms hereof.

_____
Sean Merkle

Dated as of January 12, 2007

{00286089.DOC;}

**National City.**                                                              Outgoing Wire Transfer Request

Taken By: Tiffany R Pacheco          Branch No.: 00716          Date: 01/17/07

| Method of Payment: | Wire Transfer Amount/Date: | International Wire Transfer Amount: |
|---|---|---|
| Region #: 0001 | Actual Amount of Wire: $ 125000.00 | (Complete For Foreign Currency Only) |
| Payment Method: X Debit Acct ___ Check ___ Cash | Wire Transfer Fee: $ 17.00 | Foreign Amount: |
| Account No.: 00737501600  Region # ___ | Total: $ 125017.00 | Type of Foreign Currency: |
| Acct Type: X Checking ___ Savings ___ Gen Ledger | Send Date: 01/17/07 | Foreign Rate: |
| Acct Title: SEAN T MERKLE | Value Date: | U.S. Equivalent: $ |

**First Receiving Bank Information:**
Bank Name: Huntington Bank                     Branch Name: _____
Address: 9520 Cutlers Trace          City: Dayton          State**: OH   Country*: _____
ABA Number: 042215060          Clearing Code*: _____          S.W.I.F.T. Code*: _____

**Second Receiving Bank Information:**
Bank Name: _____          City: _____   State**: _____   Country*: _____
ABA Number/Account Number: _____          S.W.I.F.T. Code*: _____

*Country, Clearing Code, and S.W.I.F.T. Code required only for International Wire Transfers.
**State is not required for International Wire Transfers

**Beneficiary(s) Information:**          X Account No.: 02452310692
MELANIE GAYE PARSON          ___ Pay on Proper ID (Indicate any special ID requirements in the Additional Wire Info Section)
First Beneficiary: _____          OH     Country*: _____

Second Beneficiary: _____          Account No.: _____          Region #: _____

NOTE: The second beneficiary name and account number will be required when funds are first going to one beneficiary and then to a second beneficiary. For example: Merrill Lynch Brokerage (first beneficiary) for further credit to David Smith (second beneficiary), account number 1234567. If there is only one beneficiary do not complete the second beneficiary information.
* Country required only for International Wire Transfers.

**Additional Wire Information/Wire Transfer Department Contact:**
Indicate any reference information requested by the originator, such as notification instructions, full address, ID required, invoice numbers, etc:

Name of Wire Transfer Operator: _____          Sequence/OPO No.: _____

| Customer (Originator): | Person Placing Order if not Customer (Originator): |
|---|---|
| Name: SEAN T MERKLE | Name: _____ |
| Tax ID No.: 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 | Tax ID No.: _____ |
| Address: 1616 TURFLAND BLVD S | Address: _____ |
| BEAVERCREEK   OH   45385-0000 | _____ |

**Authorization:**
Customer (originator) (or person placing order on behalf of customer, if applicable) authorizes and requests Bank to execute this transfer request in accordance with the information written above and further acknowledges that he/she has read and agrees to all of the terms and conditions set forth below.

Signature: X _[signed]_
Signer's Identification: Type of ID: OH DL          ID Number: RR619553

Bank Employee's Signature: _____

NOTE: If the Same-Day Clearance Account is used, fax a copy of this form to Retail Compliance, Kalamazoo at (269) 973-1506.

All Wire Transfer Requests Shall Be Subject To The Following Terms And Conditions:
Bank, in accordance with its procedures, will select such means and routes for the transfer of funds, as Bank considers appropriate under the circumstances. Bank will not guarantee that transfer requests will be processed on a same-day basis. In any event, however, transfer requests will be processed no later than the second banking day (generally, Monday to Friday, excluding holidays) after the request is received. Customer acknowledges that if the transfer request describes the intended recipient of funds inconsistently by name and account number, payment by the receiving bank might be made on the basis of the account number even if that account is not owned by the person named in the transfer request, and Customer is obligated to pay the Bank the amount which is directed to the account number given. Bank shall not be obligated to act upon a transfer request unless there are sufficient funds in Customer's account. Bank is relieved of liability if Customer does not review its bank statement and report any discrepancies between Customer's records of the transfer of funds and the bank statement in writing within twenty-one (21) days from the date the statement is mailed or otherwise made available to Customer by Bank. Customer shall have no right to cancel or amend a transfer request after it has been received by Bank. However, Bank shall make a reasonable effort to act on Customer's request for cancellation or amendment of a transfer request prior to the time that Bank executes such transfer request, but shall have no liability if such cancellation or amendment is not effected. Customer shall defend and indemnify Bank and save Bank harmless from and against any loss, cost or expense of any kind arising out of any cancellation or amendment. Bank shall be liable only for its failure to exercise ordinary care. Bank shall have no liability and shall be excused from any act, failure to act or delay in acting if such act, failure to act or delay is caused in whole or in part by circumstances beyond its control. In no event shall Bank be liable for any special, consequential, or incidental damages in connection with this transfer request, even if Bank has knowledge of the possibility of such damages. Customer shall compensate Bank for services performed by Bank pursuant to this request in accordance with Bank's current schedule of charges. Customer shall be responsible for any and all applicable federal, state and local taxes related to said compensation and the performance of services. Bank shall be entitled to rely upon any written, oral or electronic notice or communication believed by it in good faith to be genuine and to have been signed or given by Customer. Except as otherwise expressly provided for in this transfer request Bank shall not be required to act upon any notice or communication received from Customer, or to provide any notice or communication to Customer, with respect to any matter. This request contains the entire agreement of the parties with respect to its subject matter, and may be amended, supplemented, or otherwise modified only in writing signed by both Customer and Bank.

International Wire Transfer Requests Shall Be Subject To The Following Additional Terms And Conditions:
If a transfer requested by Customer is payable in U.S. Dollars, Bank does not guarantee that its correspondents or agents can or will make payment in U. S. Dollars, nor does Bank guarantee that there will be a charge made by some other bank or other entity effecting the transfer issued or made hereunder. In initiating the transfer request, Customer agrees that neither Bank or its correspondents shall be liable for any loss or damage due to errors, omissions delays, loss or destruction in or through the mail, telegraph or cable of any country. In addition, Bank shall not be responsible for the acts or omissions of any of its correspondents, sub-agents or other agencies employed in making the transfer requested or for any loss caused by forces beyond the control of Bank. All tracers of non-receipt, late receipt of or any other type are subject to Bank's ordinary charges therefor and to charges, if any of its correspondents. If the transfer is payable in a foreign currency, then Customer shall assume the risk of any fluctuations in the applicable foreign exchange rate and the amount of the credit shall be the amount in U.S. Dollars that can be purchased by the initial transfer amount under the then applicable foreign exchange rate. The transfer requested by Customer is to be issued or accomplished at Customer's sole risk and its subject to all laws, rules or decrees of any domestic or foreign government, bank, postal authority or other agency which are in force at the time said transfer is made.

71-0101-00  (Rev. 10/20/05)          Distribution:   Bank   Customer          (Rev. 10/20/05) MC0009CP

**National City.**        Outgoing Wire Transfer Request

Taken by: Tiffany R Pacheco     Branch No.: 00716     Date: 02/08/07

**Method of Payment:**
- Region #: 0001
- Payment Method: X Debit Acct __ Check __ Cash
- Account No.: 00737501600   Region #: ___
- Acct Type: X Checking __ Savings __ Gen Ledger
- Acct Title: SEAN T MERKLE

**Wire Transfer Amount/Date:**
- Actual Amount of Wire: $ 25000.00
- Wire Transfer Fee: $ 17.00
- Total: $ 25017.00
- Send Date: 02/08/07
- Value Date: ___

**International Wire Transfer Amount:** (Complete For Foreign Currency Only)
- Foreign Amount: ___
- Type of Foreign Currency: ___
- Foreign Rate: ___
- U.S. Equivalent: $ ___

**First Receiving Bank Information:**
- Bank Name: Huntington Bank
- Address: ******************************
- City: Dayton   State: OH   Country: ___
- ABA Number: 042215060   Clearing Code: ___   S.W.I.F.T. Code: ___
- Branch Name: ___

**Second Receiving Bank Information:**
- Bank Name: ___ City: ___ State: ___ Country: ___
- ABA Number/Account Number: ___ S.W.I.F.T. Code: ___

*Country, Clearing Code, and S.W.I.F.T. Code required only for International Wire Transfers.
**State is not required for International Wire Transfers

**Beneficiary(s) Information:**
MELANIE PARSONS
- X Account No.: 02452310692
- __ Pay on Proper ID (indicate any special ID requirements in the Additional Wire Info Section)
- First Beneficiary: ___ AK Country: ___
- Second Beneficiary: ___ Account No.: ___ Region #: ___

NOTE: The second beneficiary name and account number will be required when funds are first going to one beneficiary and then to a second beneficiary. For example: Merrill Lynch Brokerage (first beneficiary) for further credit to David Smith (second beneficiary), account number 1234567. If there is only one beneficiary do not complete the second beneficiary information.

* Country required only for International Wire Transfers.

**Additional Wire Information/Wire Transfer Department Contact:**
Indicate any reference information requested by the originator, such as notification instructions, full address, ID required, invoice numbers, etc:

Name of Wire Transfer Operator: ___    Sequence/OPO No.: ___

**Customer (Originator):**
- Name: SEAN T MERKLE
- Tax ID No.: 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
- Address: 1616 TURFLAND BLVD S
- BEAVERCREEK   OH   45385-0000

**Person Placing Order If not Customer (Originator):**
- Name: ___
- Tax ID No.: ___
- Address: ___

**Authorization:**
Customer (originator) (or person placing order on behalf of customer, if applicable) authorizes and requests Bank to execute this transfer request in accordance with the information written above and further acknowledges that he/she has read and agrees to all of the terms and conditions set forth below.

Signature: [signed]
Signer's Identification: Type of ID: OH DL   ID Number: RR619553
Bank Employee's Signature: [signed]

NOTE: If the Same-Day Clearance Account is used, fax a copy of this form to Retail Compliance, Kalamazoo at (269) 973-1506.

**All Wire Transfer Requests Shall Be Subject To The Following Terms And Conditions:**
Bank, in accordance with its procedures, will select such means and routes for the transfer of funds, as Bank considers appropriate under the circumstances. Bank will not guarantee that transfer requests will be processed on a same-day basis. In any event, however, transfer requests will be processed no later than the second banking day (generally, Monday to Friday, excluding holidays) after the request is received. Customer acknowledges that if the transfer request describes the intended recipient of funds inconsistently by name and account number, payment by the receiving bank might be made on the basis of the account number even if that account is not owned by the person named in the transfer request, and Customer is obligated to pay the Bank the amount which is directed to the account number given. Bank shall not be obligated to act upon a transfer request unless there are sufficient funds in Customer's account. Bank is relieved of liability if Customer does not review its bank statement and report any discrepancies between Customer's records of the transfer of funds and the bank statement in writing within twenty-one (21) days from the date the statement is mailed or otherwise made available to Customer by Bank. Customer shall have no right to cancel or amend a transfer request after it has been received by Bank. However, Bank shall make a reasonable effort to act on Customer's request for cancellation or amendment of a transfer request prior to the time that Bank executes such transfer request, but shall have no liability if such cancellation or amendment is not effected. Customer shall defend and indemnify Bank and save Bank harmless from and against any loss, cost or expense of any kind arising out of any cancellation or amendment. Bank shall be liable only for its failure to exercise ordinary care. Bank shall have no liability and shall be excused from any act, failure to act or delay in acting if such act, failure to act or delay is caused in whole or in part by circumstances beyond its control. In no event shall Bank be liable for any special, consequential, or incidental damages in connection with this transfer request, even if Bank has knowledge of the possibility of such damages. Customer shall compensate Bank for services performed by Bank pursuant to this request in accordance with Bank's current schedule of charges. Customer shall be responsible for any and all applicable federal, state and local taxes related to said compensation and the performance of services. Bank shall be entitled to rely upon any written, oral or electronic notice or communication believed by it in good faith to be genuine and to have been signed or given by Customer. Except as otherwise expressly provided for in this transfer request Bank shall not be required to act upon any notice or communication received from Customer, or to provide any notice or communication to Customer, with respect to any matter. This request contains the entire agreement of the parties with respect to its subject matter, and may be amended, supplemented, or otherwise modified only in writing signed by both Customer and Bank.

**International Wire Transfer Requests Shall Be Subject To The Following Additional Terms And Conditions:**
If a transfer requested by Customer is payable in U.S. Dollars, Bank does not guarantee that its correspondents or agents can or will make payment in U.S. Dollars, nor does Bank guarantee that there will be a charge made by some other bank or other entity effecting the transfer issued or made hereunder. In initiating the transfer request, Customer agrees that neither Bank or its correspondents shall be liable for any loss or damage due to errors, omissions delays, loss or destruction in or through the mail, telegraph or cable of any country. In addition, Bank shall not be responsible for the acts or omissions of any of its correspondents, sub-agents or other agencies employed in making the transfer requested or for any loss caused by forces beyond the control of Bank. All tracers of non-receipt, late receipt or of any other type are subject to Bank's ordinary charges therefor and to charges, if any of its correspondents. If the transfer is payable in foreign currency, only Customer shall assume the risk of any fluctuations in the applicable foreign exchange rate and the amount of the credit shall be the amount in U.S. Dollars that can be purchased by the initial transfer amount under the then applicable foreign exchange rate. The transfer requested by Customer is to be issued or accomplished at Customer's sole risk and its subject to all laws, rules or decrees of any domestic or foreign government, bank, postal authority or other agency which are in force at the time said transfer is made.

71-0101-00 (Rev. 10/20/05)    Distribution: Bank Customer    (Rev. 10/20/05) MC0009CP

5:36 PM
02/20/07

# Vutex LLC
## Checks for Michael Peppel
### All Transactions

| Num | Date | Account | Amount |
|---|---|---|---|
| 5504 | 1/16/2007 | Chase - Checking A... | 33,483.00 |
| 2156 | 11/16/2006 | Chase - Checking A... | 26,000.00 |
| 5160 | 10/23/2006 | Chase - Checking A... | 31,874.00 |
| 4717 | 7/17/2006 | Chase - Checking A... | 15,092.00 |
| 4581 | 6/16/2006 | Chase - Checking A... | 0.00 |
| 4581 | 6/16/2006 | Chase - Checking A... | 14,000.00 |
| 4312 | 4/7/2006 | Chase - Checking A... | 48,020.00 |
| 3965 | 1/16/2006 | Chase - Checking A... | 7,000.00 |
| 3747 | 11/11/2005 | Chase - Checking A... | 7,000.00 |
| 3589 | 9/27/2005 | Chase - Checking A... | 28,000.00 |
| 3341 | 7/12/2005 | Chase - Checking A... | 28,000.00 |
| 2598 | 10/14/2004 | Chase - Checking A... | 12,400.00 |
| Total | | | 250,869.00 |



#5

**VUTEX, LLC**
7678 McEWEN RD.
DAYTON, OH 45459

25-3/440
2452310692 11

1/16/2007

PAY TO THE ORDER OF: Michael E. Peppel

$ **33,483.00**

Thirty-Three Thousand Four Hundred Eighty-Three and 00/100************************************************ DOLLARS

Michael E. Peppel
9520 Cutlers Trace
Dayton, OH 45458

**BANK ONE**
JPMorgan Chase Bank, N.A.
Columbus, Ohio 43271

2 SIG. REQUIRED FOR AMOUNTS OVER $10,000

AUTHORIZED SIGNATURE

MEMO: 4th. Qtr. 2006

⑴"005504⑴" ⑴:044000037⑴: 6339485 9⑴"    ⑴"000334,8300⑴"