THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:06-CR-196 |
| | : | |
| vs. | : | |
| | : | THE UNITED STATES' |
| **MICHAEL E. PEPPEL,** | : | SECOND MOTION FOR |
| | : | A NEW SCHEDULING |
| Defendant. | : | ORDER AND TRIAL DATE |
| | : | AND DECLARATION OF |
| | : | COMPLEX CASE STATUS |

The United States hereby respectfully moves this Honorable Court for a scheduling order to establish a new trial date, a date for discovery cut-off and a deadline for filing all pre-trial motions. This motion is made pursuant to the provisions of the Sixth Amendment, the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161-3174, and Rule 50 of the Federal Rule of Criminal Procedure 50.  The United States additionally seeks an "ends of justice" findings pursuant to 18 U.S.C. § 3161(h)(8),  and a Court declaration of "complex case" status pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i), (ii), (iv).

On June 10, 2008 the United States most recently filed a motion seeking a scheduling order following the Court's open-ended continuance of the May 20, 2008 *Jamieson* hearing.  An open-ended continuance is not deemed appropriate under the Speedy Trial Act.  See Zedner v. United States, 547 U.S. 489, 507 (2006).

> The purpose of the Speedy Trial Act is not only to protect
>  a defendant's constitutional right to a speedy trial, but also
> to serve the public interest in bringing prompt criminal
> proceedings.  Whenever the government-for whatever
> reason-fall short of meeting the Act's requirements, the
> administration of justice is adversely effected.

1

See United States v. Moss, 217 F.3d 426, 432 (6th Cir. 2000)(internal quotation case citations and quotation marks omitted); also quoted in  United States v. Graham, et al, Case No. 1:05-CR-45, (Order, Doc. 199, at 16) (S.D. Ohio filed May 16, 2008) (Chief Judge S. Beckwith).

WHEREFORE, the United States respectfully seeks the scheduling of an immediate telephone conference to establish a scheduling order in this case; an "ends of justice" findings pursuant to 18 U.S.C. § 3161(h)(8);  and a Court declaration of "complex case" status pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i), (ii), (iv).

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney


s/Dwight K. Keller
DWIGHT K. KELLER (0074533)
Assistant United States Attorney
Attorney for Plaintiff
602 Federal Building
200 West Second Street
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Dwight.Keller @usdoj.gov


CERTIFICATE OF SERVICE

I certify that all counsel of record were electronically served a copy of this motion this 3rd day of July, 2008.

s/Dwight K. Keller
DWIGHT K. KELLER (0074533)
Assistant United States Attorney

2