IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
                                     :

                Plaintiff,
                                     :

           vs.
                                   :           Case No.  3:06cr196

                                       :

MICHAEL E. PEPPEL,                     JUDGE WALTER HERBERT RICE

                Defendant.           :

---

ENTRY OF RECUSAL OF UNITED STATES DISTRICT JUDGE
WALTER H. RICE ; CAPTIONED CAUSE TRANSFERRED TO CHIEF
UNITED STATES DISTRICT JUDGE SANDRA S. BECKWITH FOR
REASSIGNMENT; REQUEST OF RECUSING JUDGE

---

For good cause, pursuant to 28 U.S.C. § 455(a) and (b), the undersigned

hereby recuses himself from all further proceedings in the captioned cause.  Having

done so, same is referred to the Honorable Sandra S. Beckwith, Chief Judge of the

Southern District of Ohio, for reassignment.  The undersigned requests that any

Judge who receives such a reassignment assign a like number of cases and/or

defendants pending upon his or her docket to the docket of the undersigned.


                                      /s/ Walter Herbert Rice

July 3, 2008                               WALTER HERBERT RICE
                                      UNITED STATES DISTRICT JUDGE

Copies to:

Dwight K. Keller, Esq.
Brent Tabacchi, Esq.
Neil F. Freund, Esq.
Adam C. Armstrong, Esq.
Bryan J. Mahoney, Esq.

Chief Judge Sandra S. Beckwith